UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

     :

KATE DOYLE, NATIONAL SECURITY     :
ARCHIVE, CITIZENS FOR     :
RESPONSIBILITY AND ETHICS IN     :
WASHINGTON, and KNIGHT FIRST     :
AMENDMENT INSTITUTE AT COLUMBIA     :
UNIVERSITY,     :

     :

                        Plaintiffs,   :       17 Civ. 2542 (KPF)

     :

                 v.           :       ORDER

     :

U.S. DEPARTMENT OF HOMELAND     :
SECURITY,     :

     ;

                       Defendant.  :

     :

------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED:  July 14, 2017

KATHERINE POLK FAILLA, District Judge:

On July 14, 2017, the Court held its Initial Pretrial Conference in this case.  For the reasons discussed on the record, the Court hereby imposes the parties' proposed schedule for document production and motions practice:

- The Secret Service will complete its search for and processing of responsive "records of presidential visitors at Mar-a-Lago," and produce any non-exempt responsive records, by September 8, 2017;

- Defendant will file its motion for summary judgment by September 29, 2017;

- Plaintiffs will file their opposition (which may include an affidavit or declaration pursuant to Federal Rule of Civil Procedure 56(d)) and any cross-motion for summary judgment by November 13, 2017;

- Defendant will file its reply and opposition to any cross-motion by December 13, 2017; and

2

- Plaintiffs will file a reply in support of any cross-motion by January 12, 2018.

    SO ORDERED.

Dated:      July 14, 2017
            New York, New York

_____
            KATHERINE POLK FAILLA
            United States District Judge

2