IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATE DOYLE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 17-2542 (KPF) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | ) |
| Defendants. | ) |

**PLAINTIFFS' MOTION FOR AN ORDER REQUIRING THAT DEFENDANTS
SHOW CAUSE FOR FAILING TO COMPLY WITH THE COURT'S JULY 14 ORDER**

Pursuant to the Freedom of Information Act, 5 U.S.C. § 5552(a)(4)(B), and Fed. R. Civ. P. 16(f), plaintiffs in the above-captioned case hereby move for an order requiring defendants to show cause for failing to comply with the Court's order of July 14, 2017, which ordered the government to produce by September 15, 2017, all responsive and non-exempt records of presidential visitors to Mar-a-Lago. The grounds for this motion are set forth in the accompanying memorandum of law in support of this motion.

Plaintiffs also note their understanding that the government opposes this motion.

Respectfully submitted,

 /s/ Anne L. Weismann
Anne L. Weismann
(D.C. Bar No. 298190)
Conor M. Shaw
Citizens for Responsibility and Ethics
        in Washington
455 Massachusetts Ave., N.W.
Washington, D.C.  20001
Phone: (202) 408-5565

aweiismann@citizensforethics.org

Alex Abdo (AA-0527)
Jameel Jaffer (JJ-4653)
Knight First Amendment Institute at
Columbia University
314 Low Library
535 West 116th Street
New York, NY 10027
Phone: (212) 854-9600
alex.abdo@knightcolumbia.org

Dated:  September 20, 2017                *Attorneys for Plaintiffs*