IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KATE DOYLE, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Civil No. 17-2542 (KPF) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., ) | |
| Defendants. ) | |

## DECLARATION OF ANNE L. WEISMANN

I, Anne L. Weismann, declare as follows:

1. I am an attorney for Plaintiff Citizens for Responsibility and Ethics in Washington, and a member in good standing of the bar of the District of Columbia. I submit this declaration in support of the plaintiffs' motion for order requiring that the government show cause.

2. Attached as Exhibit A is a true and correct copy of a transcript of the hearing held before this Court on July 14, 2017 at 4:08 pm.

3. Attached as Exhibit B is a true and correct copy of a letter from Brad P. Rosenberg to Anne L. Weismann, Alex Abdo, and Jameel Jaffer dated July 26, 2017.

4. Attached as Exhibit C is a true and correct copy of a letter from Anne L. Weismann to Brad P. Rosenberg dated August 1, 2017.

5. Attached as Exhibit D is a true and correct copy of a letter from Brad P. Rosenberg to Anne L. Weismann, Alex Abdo, and Jameel Jaffer dated August 3, 2017.

6. Attached as Exhibit E is a true and correct copy of a letter from Anne L. Weismann to Brad P. Rosenberg dated August 8, 2017.

7. Attached as Exhibit F is a true and correct copy of the government's letter to Anne L. Weismann, Alex Abdo, and Jameel Jaffer dated September 15 and attached two-page document production.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Anne L. Weismann

Dated: September 20, 2017