# EXHIBIT C



August 1, 2017

**BY EMAIL: brad.rosenberg@usdoj.gov**

Brad P. Rosenberg
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530

Re: Doyle, et al. v. U.S. Dep't of Homeland Security,
<u>Civil No. 17-2542 (KPF)</u>

Dear Brad:

Thank you for your letter of July 26, 2017, providing the additional information we requested in our pre-conference conversation of June 29, 2017. With one notable exception, your letter accurately summarizes the agreement we reached on the scope of the Freedom of Information Act requests at issue.

That exception pertains to the Japanese Prime Minister's visit to Mar-a-Lago. According to my notes of our conversation, we agreed to limit our request to the Prime Minister, his wife, and those individuals from Japan who accompanied the Prime Minister on his trip. It is my understanding that applying this filter will eliminate numerous random individuals who were part of his entourage, making the request less burdensome to process.

Please advise us how the Secret Service intends to proceed with respect to the visitor records of the Japanese Prime Minister. Even with this modest addition, we have limited significantly the scope of the records we seek in an effort to streamline the issues for litigation.

Sincerely,

Anne L. Weismann

cc: Sarah Normand
    Alex Abdo
    Jameel Jaffer