# EXHIBIT E



**CREW** | citizens for responsibility and ethics in washington

August 8, 2017

BY EMAIL: brad.rosenberg@usdoj.gov

Brad P. Rosenberg
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530

        Re: Doyle, et al. v. U.S. Dep't of Homeland Security,
            Civil No. 17-2542 (KPF)

Dear Brad:

    I write in response to your letter of August 3, 2017, concerning the scope of plaintiffs' request for records relating to the Japanese Prime Minister's visit to Mar-a-Lago. You have proposed that the Secret Service process just three documents that include the President' travel schedules to Palm Beach, Florida for February 10 and 11, 2017, and an email from the State Department identifying the individuals associated with the Prime Minister's visit needing access to Mar-a-Lago.

    In the interest of moving this litigation along, we are willing to accept this compromise provided the government does not assert any exemptions to disclosing this significantly narrower subset of documents that it could not assert equally with respect to the other responsive records we would be giving up. With this assurance, we are prepared to accept your proposal.

    Please advise us whether you anticipate asserting exemptions unique to these three documents.

                              Sincerely,

                              Anne L. Weismann

cc: Sarah Normand
    Alex Abdo
    Jameel Jaffer