# EXHIBIT F



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

September 15, 2017

**By Electronic Mail**
Anne L. Weismann
Citizens for Responsibility and Ethics in Washington
455 Massachusetts Ave., N.W.
Washington, DC  20001

                Re:    *Doyle et al. v. U.S. Department of Homeland Security*,
                       No. 17 Civ. 2542 (KPF)

Dear Anne:

      We are writing regarding plaintiffs' Freedom of Information Act ("FOIA") request for records of "presidential visitors" at Mar-a-Lago.  Enclosed please find a record, Bates stamped DOYLE FOIA 1-2, regarding the Japanese Prime Minister's visit to Mar-a-Lago.

      The remaining records that the Secret Service has processed in response to the Mar-a-Lago request contain, reflect, or otherwise relate to the President's schedules.  The government believes that Presidential schedule information is not subject to FOIA.  *See Judicial Watch v. United States Secret Service*, 726 F.3d 208, 224-32 (D.C. Cir. 2013).  We are, of course, prepared to brief this issue in our forthcoming dispositive motion.

                              Very truly yours,

      CHAD A. READLER                  JOON H. KIM
      Acting Assistant Attorney General     Acting United State Attorney for
                                                      Southern District of New York

By:   /s/ *Brad P. Rosenberg*          By:   /s/ *Sarah S. Normand*
       ELIZABETH J. SHAPIRO              SARAH S. NORMAND
       BRAD P. ROSENBERG                   86 Chambers Street, Third Floor
       20 Massachusetts Ave., N.W.         New York, New York 10007
       Washington, D.C. 20530                Telephone:  (212) 637-2709
       Telephone: (202) 514-5302/3374     Sarah.Normand@usdoj.gov
       Elizabeth.Shapiro@usdoj.gov
       Brad.Rosenberg@usdoj.gov

2

Enclosures

cc:  Alex Abdo
     Jameel Jaffer

# Multiple Records Not Responsive to FOIA Request

Begin forwarded message:

**From:** "(b) (6), (b) (7)(C) EOP/WHO" <(b) (6), (b) (7)(C)        >
**Date:** February 10, 2017 at 11:55:52 AM EST
**To:** '(b) (6), (b) (7)(C)            " <(b) (6), (b) (7)(C)        >
**Subject: FW: Japan Staff Coming to Mar-a-Lago**

FYI

The following folks will need access to ML for various reasons to support the PM's visit. Can you relay this information to the check point's

**From:** Chang, Aaron C [mailto:ChangAC@state.gov]
**Sent:** Friday, February 10, 2017 11:49 AM
**To:** (b) (6), (b) (7)(C) EOP/WHO <(b) (6), (b) (7)(C)           >; Pauli, Rosemarie <PauliR@state.gov>; Price, Penny L <PricePL@state.gov>
**Cc:** Jones, Abby K <JonesAK@state.gov>; Chang, Aaron C <ChangAC@state.gov>; (b) (6), (b) (7)(C)
**Subject:** Japan Staff Coming to Mar-a-Lago

These are people needing access to MAL today and tomorrow. They have various jobs and will come and go. They will not all remaining on property.

1) Mr. Takeo Akiba, Deputy Foreign Minister (attending Fri 4+4 dinner & Sat 7+7 dinner)

1

2) Ms. Yuko Aota, Asst to PM Abe
3) Carlos Gerena, Senior Staff van driver (Fri) & Mrs. Abe staff van driver (Sat)
4) Koichi Hagiuda, Dep Chief Cabinet Secretary (attending Sat 7+7 dinner)
5) Takeya Imai, Chief Executive Asst to PM (attending Sat 7+7 dinner)
6) Mr. Makoto Kobayashi, Bringing PM luggage from Japan air ship to Mar-a-Lago
7) Mr. Mitsuru Kodaira, Liaison to PM
8) Ms. Noriko Miyake, Mrs. Abe Liaison staff
9) Mr. Satoshi Maeda, (attending Fri 4+4 dinner)
10) Mr. Masashi Mizobuchi, Head of Protocol
11) Mr. Seiki Mizutani, PM's butler
12) Mr. Yukiyasu Nagao, Getting keys for room, carrying luggage
13) Mr. Toru Nagashima, Delivering documents to PM
14) Mr. Kazuyoshi Ninomiya, Bringing PM luggage from Japan air ship to Mar-a-Lago
15) Ms. Shiori Oku, Interpreter for Mrs. Abe
16) Mr. Yasunobu Osaki, Handler of Senior staff van
17) Amb. Kenichiro Sasae, Ambassador of Japan (attending Fri 4+4 dinner)
18) Mrs. Nobuko Sasae, Ambassador spouse (meeting Mrs. Abe on Sat)
19) Mr. Noriko Tanaka, Exec Asst to Mrs. Abe
20) David Velasco, Luggage van driver
21) Mr. Shotaro Yachi, National Security Advisor (attending Fri 4+4 dinner)
22) Mr. Tadashi Yoshida, Official Photographer

**Aaron Chang**
Office of the Chief of Protocol
U.S. Department of State
Office: 1-202-647-4120
(b) (6), (b) (7)(C)
ChangAC@state.gov

**Official**
**UNCLASSIFIED**