

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

September 20, 2017

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        Re:   *Doyle et al. v. U.S. Department of Homeland Security*,
                No. 17 Civ. 2542 (KPF)

Dear Judge Failla:

      We write respectfully in the above-referenced action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), in response to plaintiffs' motion for an order to show cause. The government believes that plaintiffs' motion is without merit, and we intend to file an opposition demonstrating that the government complied with the Court's July 14, 2017 scheduling order, as modified by the Court's order dated September 8, 2017. Particularly in light of the upcoming Rosh Hashanah and Yom Kippur holidays, we respectfully request that the government be allowed the full fourteen days permitted by Local Civil Rule 6.1(b) to file its opposition to the motion.

      We thank the Court for its consideration of this request.

                            Respectfully submitted,

      CHAD A. READLER                    JOON H. KIM
      Acting Assistant Attorney General      Acting United State Attorney for
                                                              Southern District of New York

By:   /s/ *Brad P. Rosenberg*        By:   /s/ *Sarah S. Normand*
       ELIZABETH J. SHAPIRO                SARAH S. NORMAND
       BRAD P. ROSENBERG                    86 Chambers Street, Third Floor
       20 Massachusetts Ave., N.W.          New York, New York 10007
       Washington, D.C. 20530                 Telephone:  (212) 637-2709
       Telephone: (202) 514-5302/3374     Facsimile:  (212) 637-2730
       Facsimile: (202) 616-8470                  Sarah.Normand@usdoj.gov
       Elizabeth.Shapiro@usdoj.gov
       Brad.Rosenberg@usdoj.gov

cc:      Counsel of Record