



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

September 20, 2017

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 20, 2017
```

Re:   *Doyle et al. v. U.S. Department of Homeland Security*,
       No. 17 Civ. 2542 (KPF)

Dear Judge Failla:

We write respectfully in the above-referenced action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), in response to plaintiffs' motion for an order to show cause. The government believes that plaintiffs' motion is without merit, and we intend to file an opposition demonstrating that the government complied with the Court's July 14, 2017 scheduling order, as modified by the Court's order dated September 8, 2017. Particularly in light of the upcoming Rosh Hashanah and Yom Kippur holidays, we respectfully request that the government be allowed the full fourteen days permitted by Local Civil Rule 6.1(b) to file its opposition to the motion.

We thank the Court for its consideration of this request.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JOON H. KIM
Acting United State Attorney for
Southern District of New York

By:   /s/ *Brad P. Rosenberg*
ELIZABETH J. SHAPIRO
BRAD P. ROSENBERG
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Telephone: (202) 514-5302/3374
Facsimile: (202) 616-8470
Elizabeth.Shapiro@usdoj.gov
Brad.Rosenberg@usdoj.gov

By:   /s/ *Sarah S. Normand*
SARAH S. NORMAND
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2709
Facsimile: (212) 637-2730
Sarah.Normand@usdoj.gov

cc:   Counsel of Record

Application GRANTED. The deadline for Defendants' response to Plaintiff's motion for an order to show cause is October 4, 2017.

Dated: September 20, 2017
      New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE