UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |
|---|---|
| KATE DOYLE, et al., | ) |
|  | ) |
|  | ) Civ. Action No. 17-2542 (KPF) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) |
| EXECUTIVE OFFICE OF THE PRESIDENT, | ) |
|  |  |
| Defendants. |  |

_____

# DECLARATION OF SUPERVISORY INFORMATION TECHNOLOGY SPECIALIST WILLIAM WILLSON, UNITED STATES SECRET SERVICE

I, William Willson, make the following declaration in lieu of affidavit pursuant to 28 U.S.C. §1746:

1. I am employed by the United States Secret Service ("Secret Service" or "Agency") as the Branch Chief for Mission Applications within the Office of the Chief Information Officer of the United States Secret Service. I have a Bachelor of Science Degree in Information Systems Management and a Master's Degree in Business Administration and Technology Management.

2. I joined the Secret Service in May of 2008 as an Information Technology Specialist and was immediately assigned to redesign a replacement for the Worker and Visitor Entrance

1

System (WAVES). In this capacity, I was tasked with designing, developing and deploying a new version of this system.

3. In my capacity as the Branch Chief for Mission Applications, I manage the WAVES system and am familiar with the information that is obtainable from the WAVES System.

4. It is my understanding that the time frame at issue in the above-captioned case is January 20, 2017, through March 8, 2017.

**Post-Visit Status of WAVES/ACR Records**

5. The Secret Service electronically transfers WAVES and ACR (Access Control Records) records to the WHORM (White House Office of Records Management) approximately every 30 days. I typically send an e-mail to the WHORM with the prior month's data around the beginning of the next month.

6. Records that are older than 60 days are ordinarily auto-deleted from the server operated by the Secret Service on a rolling basis. For example, on March 31, 2017, data from January 30, 2017 was auto-deleted from the server operated by the Secret Service.

7. An individual WAVES record contains the following fields:

| | |
|---|---|
| NameLast | Last Name of Visitor |
| NameFirst | First Name of Visitor |
| NameMid | Middle Name of Visitor |
| DOB | Date of Birth of Visitor |
| SSN | Social Security Number of Visitor |
| UIN | Unique Identification Number |
| BDGNBR | Badge Number |
| Access_Type | Type of Appointment (i.e., visitor, worker) |
| TOA | Time of Arrival |
| POA | Place of Arrival (Turnstile) |
| TOD | Time of Departure |
| POD | Point of Departure |
| Appt_Made_Date | Date Appointment was made |
| Appt_Start_Date | Date Appointment starts |
| Appt_End_Date | Date Appointment ends |

| | |
|---|---|
| Appt_Cancel_Date | Date Appointment cancelled |
| Total_People | Number of people in the Appointment |
| Escort_Type | Type of Escort Required |
| Escort_Name_Last | Last Name of Escort |
| Escort_Name_F | First Name of Escort |
| Last_UpdatedBy | Person who last updated the record |
| Post | Area of turnstile location at arrival |
| LastEntryDate | Date of last change to the record |
| Terminal_Suffix | Identification of the computer at the post |
| Visitee_NameLast | Last Name of Visitee |
| Visitee_NameFirst | First Name of Visitee |
| Visitee_Phone | Phone Number of Visitee |
| Meeting_LOC | Meeting Location |
| Meeting_Room | Meeting Room Number |
| Caller_Name_Last | Last Name of the Person Making the Appointment |
| Caller_Name_First | First Name of the Person Making the Appointment |
| Caller_Phone | Phone Number of Person Making the Appointment |
| Caller_Room | Room Number of Person Making the Appointment |
| Note | Security Status Code |
| Description | Details regarding security or nature of event |
| AppointmentComments | Field used by the appointment requestor to pass information to Secret Service WAVES Center personnel about the appointment |
| HighlySensitiveMeeting | Notation by the requestor if it is a highly sensitive meeting |
| Caller_Email | Email address of the appointment requestor |

**PRA versus FOIA Components**

8. It is my understanding that the United States Court of Appeals for the District of Columbia Circuit has determined that records that would disclose visitors to units in the Executive Office of the President whose sole function is to advise and assist the President ("PRA Components") are Presidential records not subject to the FOIA. The Court also concluded that records that would disclose visitors to offices in the White House Complex that historically have been covered by the Freedom of Information Act are "agency records" subject to disclosure under the Act ("FOIA Components").

3

9. From the information contained in the fields specified above, the Secret Service has no definitive method to ascertain whether the visitee is employed by a PRA Component or a FOIA Component.  There is no field in the WAVES system that indicates what office the visitee is employed by, although the requestor's e-mail address in the Caller_Email field would reflect the component of the requestor.  However, the visitee and the requestor may be different individuals from different components.  As one example, only some individuals are authorized to make appointment requests, so a particular visitee may not have that authorization, and may request that an authorized passholder from another component submit the request.

10. In addition, there is no field to indicate the attendees at a meeting.  So, a meeting can include attendees from FOIA components, PRA components, or some combination of the two.  An employee of one of the FOIA components may request an appointment for a meeting that is attended by employees of PRA components as well.

11. The meeting location would also not provide definitive results as both the PRA Components and the FOIA Components utilize both the Eisenhower Executive Office Building (EEOB) and the New Executive Office Building (NEOB).

12. The description field is a "free form" field that allows users to make remarks regarding issues such as security arrangements regarding the visitor or the type of event the visitor is attending.  These remarks, however, do not identify whether the event is sponsored by a PRA Component or a FOIA Component.

13. For all of 2017 and to the present, for the above-stated reasons, the Secret Service would have no definitive ability to discern from the WAVES records whether a visitor is making

a visit to an individual that was employed by a PRA Component or to an individual that was employed by a FOIA Component.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10/23/17
Date

William Willson
Branch Chief, Mission Applications
United States Secret Service