IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATE DOYLE, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil No. 17-2542 (KPF) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF ANNE L. WEISMANN

I, Anne L. Weismann, declare as follows:

1. I am an attorney for Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW"), and a member in good standing of the bar of the District of Columbia. I submit this declaration in support of the Plaintiffs' reply brief.

2. Attached as Exhibit A is a true and correct copy of a letter from Vanessa Brinkmann to Anne L. Weismann dated July 7, 2017, together with pages of calendars from Attorney General Jeff Sessions.

3. Attached as Exhibit B is a true and correct copy of the Plaintiff CREW's Complaint in *Citizens for Responsibility and Ethics in Washington v. U.S. Department of Homeland Security,* No. 06-cv-00883 (D.D.C. May 10, 2016).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 4, 2017

_____
Anne L. Weismann