# EXHIBIT A



**U.S. Department of Justice**

Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

July 7, 2017

Ms. Anne Weismann
Chief FOIA Counsel
CREW
455 Massachusetts Avenue, NW
Washington, DC  20001
aweismann@citizensforethics.org

Re:   DOJ-2017-002728 (AG)
No. 1:17-cv-0599 (D.D.C.)

Dear Ms. Weismann:

      This is our third response to your above-referenced Freedom of Information Act (FOIA) request and related lawsuit, dated and received in this Office on March 6, 2017 seeking:  (1) "all records containing or reflecting advice and/or recommendations given to Attorney General Jeff Sessions by his staff regarding whether or not he should recuse himself from any matters involving the 2016 presidential campaign;" (2) "all calendars for Attorney General Sessions for the period February 27, 2017 through March 3, 2017;" and (3) "all documents effectuating the attorney general's recusal within the Department of Justice."  This response is made on behalf of the Office of the Attorney General (OAG).

      By letter dated June 30, 2017, we provided you with an interim response on certain material within the nine pages responsive to part (2) of your request, and advised you that we would respond to you again by July 7, 2017 on the remaining material within those pages, pursuant to the Joint Status Report filed on June 21, 2017 (*See* ECF No. 15).  Please be advised that our review of the remaining material within the nine pages responsive to part (2) of your request is now complete.  I have determined that this material is appropriate for release with excisions made pursuant to Exemptions 5 and 6 of the FOIA, 5 U.S.C. § 552(b)(5) and (b)(6), and copies are enclosed.  Exemption 5 pertains to certain inter- and intra-agency communications protected by the attorney work-product, deliberative process, and/or presidential communications privileges.  Exemption 6 pertains to information the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties.

      For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c) (2015) (amended 2016).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

2

    If you have any questions regarding this response, please contact Kathryn Davis of the Department's Civil Division, Federal Programs Branch, at (202) 616-8298.

        Sincerely,

        Vanessa R. Brinkmann
        Senior Counsel

Enclosures

**February 27, 2017**
Monday

| | |
|---|---|
| 7:30 AM - 7:30 AM | **En Route to the AG's Office** |
| 8:20 AM - 8:45 AM | **Senior Meeting  -- AG's Office**<br>Location: AG's office<br>POC: Jody Hunt<br>Attendees: Jody Hunt, Dana Boente, Jim Crowell, Jesse Panuccio |
| 8:45 AM - 9:15 AM | **Leadership Meeting -- AG's Conference Room**<br>POC: Jody Hunt<br>Attendees:  Jody Hunt (OAG), Dana Boente (ODAG), Jim Crowell (ODAG), Jesse Panuccio (OASG), Sam Ramer (OLA), Peter Carr (OPA), Ryan Newman (OLP), Danielle Cutrona, Rachael Tucker, David Rybicki |
| 9:30 AM - 10:15 AM | **FBI Briefing  -- JCC**<br>Location:JCC<br>POC: Tashina Gauhar<br>Attendees:  OAG:  Jody Hunt and Rachael Tucker, ODAG:  Acting DAG Boente, James Crowell, Tashina Gauhar, NSD:  Mary McCord, George Toscas, Stu Evans, Michael Mullaney |
| 10:15 AM - 10:45 AM | **Meeting with Attorney General Doug Peterson, Nebraska   -- AG's Conference Room**<br>Location: AG's Conference room<br>AG POC: Danielle Curtrona<br>POC: Dave Lopez (b) (6)<br>Attendees:  AG Doug Peterson, Josh Shasserre, Chief of Staff (Nebraska AG), Dave Lopez, Asst Nebraska AG, Ryan Post, Asst Nebraska AG, Mike Murray, Jim Crowell, Dana Boente, Robert Patterson, Danielle Cutrona |
| 11:00 AM - 11:15 AM | **Phone Call Mexican Attorney General, Raul Cervantes Andrade -- AG's Office**<br>Location: AG's office<br>POC: Rachael Tucker<br>Participants:  Rachael Tucker, Jody Hunt<br>In MX AG's office: Raul Cervantes Andrade; (b) (6) , Interpreter; (b) (6) , Guillermo Fonseca<br>MX AG will call Peggi to be connected |
| 11:15 AM - 11:45 AM | **FISA SIGNATURE TIME -- AG's Conference Room**<br>Location:  OAG conference room<br>Attendees:  OAG: Jody & Rachel; ODAG: James Crowell & Tashina Gauhar; NSD: Stuart Evans, (b) (6) (b) (6), (b) (6) , (b) (6) , Dana Boente |
| 11:45 AM - 12:30 PM | **LUNCH/Desk Time -- AG's Office**<br>Location: AG's Office |
| 12:30 PM - 12:45 PM | **(b) (5) case discussion -- AG's Conference Room**<br>Location: AG's Conference Room<br>POC: Rachael Tucker<br>Attendees: Jody Hunt, Rachael Tucker, Ken Blanco, Dana Boente, James Crowell, Chad Readler and Bruce Swartz |
| 12:45 PM - 12:45 PM | **En Route to Executive Office Building** |
| 1:00 PM - 3:00 PM | **FYI: Judge Neil Gorsuch, Supreme Court Nominee (No attendance required)  -- OLP Conference Room** |
| 1:00 PM - 1:20 PM | **Private Appointment -- Executive Office Building; First Floor, Room 87** |
| 1:30 PM - 3:00 PM | **(b) (5)** |

| | |
|---|---|
| **February 27, 2017 Continued** | |
| **Monday** | |

| | |
|---|---|
| 3:00 PM - 3:15 PM | **En Route to AG's Office** |
| 3:15 PM - 3:30 PM | (b) (5) <br> (b) (5) |
| 4:30 PM - 4:45 PM | **PRESS -- Press Room** <br> Location: Press Room, DOJ <br> POC: Jody Hunt |
| 5:00 PM - 5:45 PM | **Press Phone Call: Byron York (FOX News/Washington Times) -- AG's Office** <br> Location: AG's Office <br> POC: Peter Carr <br> Participants: Peter Carr |
| 5:45 PM - 6:00 PM | **Phone Call with Justice Clarence Thomas -- AG's office** |
| 6:00 PM - 6:30 PM | **Press Phone Call: Hugh Hewitt (Radio Show) -- AG's Office** <br> Location: AG's Office <br> POC: Peter Carr <br> Participants: Hugh Hewitt |

| | |
|---|---|
| **February 28, 2017** | |
| **Tuesday** | |

| | |
|---|---|
| 7:30 AM - 7:30 AM | **En Route to AG's Office** |
| 8:20 AM - 8:45 AM | **Senior Meeting -- AG's Office** <br> Location: AG's office <br> POC: Jody Hunt <br> Attendees: Jody Hunt, Dana Boente, Jim Crowell, Jesse Panuccio |
| 8:30 AM - 8:30 AM | **En Route to Ritz-Carlton *Staff attending should assemble in the AG's office** <br> Location: AG's office to Ritz-Carlton <br> Attendees: Sarah Flores and Danielle Tucker |
| 9:00 AM - 10:00 AM | **National Association of Attorney Generals, Speaking Engagement -- The Ritz-Carlton Hotel :1150 22nd Street, NW** <br> Location: The Ritz-Carlton Hotel :1150 22nd Street, NW [Plaza Ballroom] <br> POC: Noreen Cournoyer, Conference Planner (b) (6) <br> AG POCs: Danielle Cutrona and Sarah Flores <br> EVENT SCHEDULE <br> 8:45: JBS will arrive at Ritz-Carlton and proceed to the hold room.   8:50: Sen. Luther Strange and NAAG officers will meet with JBS in hold room and take a photo.   Attendees: Sen. Luther Strange; NAAG President George Jepsen (AG-CT); NAAG President Elect Derek Schmidt (AG-KS); NAAG Vice President Jeff Landry (AG-LA), NAAG <br> ImmediatePast President Marty Jackley (AG-SD)   9:00: JBS will proceed to speech location   9:05: NAAG President Jepsen to introduce Sen. Strange    9:10: Sen. Strange to introduce JBS    9:15: JBS remarks    9:35: JBS concludes remarks    9:40: JBS departs |
| 10:00 AM - 10:00 AM | **En Route to AG's Office** |

| | |
|---|---|
| **February 28, 2017 Continued** | |
| Tuesday | |

| | |
|---|---|
| 11:00 AM - 11:10 AM | **SPEAKING ENGAGEMENT: Remarks/ Introduction of Documentary  -- DOJ Conference Center (Room 7411)**<br>Location: DOJ Conference Center (Room 7411)<br>AG POC: Mary Blanche Hankey<br>POC: Richard Toscano<br>AG Role: Introduction to film screening of "Too Important to Fail?"<br>ATTENDEES: DOJ Employees<br>Agenda:<br>11:00-11:10am Remarks and introduction to film by AG<br>11:10  AG departs and returns to his office for FISA Signature time |
| 12:00 PM - 1:30 PM | **Lunch/Desk Time -- AG's Office** |
| 1:30 PM - 1:45 PM | **Discussion on national security issue -- AG's Office**<br>Location: AG's Office<br>POC: Rachael Tucker |
| 3:00 PM - 3:45 PM | **Antitrust Briefing -- AG's Conference room**<br>Location: AG's Conference Room<br>POC: Jesse Panuccio<br>Attendees: Jody Hunt (OAG); David Rybicki; Jesse Panuccio; Bryson Bachman (Deputy Associate AG (detailee from ATR), OASG); Rachel Parker (Chief of Staff, OASG); Brent Snyder (Acting AAG, ATR); Patty Brink (Director, Civil Enforcement, ATR); Jody Hunt; Michael Murray |
| 3:45 PM - 4:15 PM | **FISA SIGNATURE TIME -- AG's Conference Room**<br>Location:  OAG conference room<br>Time:  Daily at 11:00 am<br> Attendees: Jody and Rachel, James Crowell, Tashina Gauhar, Stuart Evans, (b) (6) ▓▓▓▓▓▓, (b) (6) ▓▓▓▓▓▓, (b) (6) ▓▓▓▓▓▓ |
| 4:15 PM - 5:15 PM | **Budget Meeting -- AG's Conference Room**<br>Location: AG's Conference Room<br>POC: Jody Hunt<br>Attendees: Jody Hunt, Lee Lofthus, Dana Boente, James Crowell, Jolene Lauria and Danielle Cutrona |
| 5:15 PM - 5:15 PM | **En Route to the White House * Must arrive by 5:30** |
| 5:45 PM - 5:45 PM | **Depart from West Exec in White House Transportation** |
| 6:00 PM - 7:55 PM | **Cabinet Affairs escorts Cabinet to Leader Kevin McCarthy Reception,  -- H-107, Capitol**<br>Location: H-107, Capitol<br>Attendees: Reception a small group of select Republican House and Senate members |
| 8:00 PM - 8:50 PM | **Cabinet Affairs will escort Cabinet to holding area -- H-219**<br>Location: H-219<br>*Note that press will be set up in Statuary Hall |
| 8:50 PM - 8:50 PM | **Cabinet Affairs assists in lining Cabinet in Processional order (Jim Kaelin will assist, Congressional Cabinet Liaison)** |
| 9:01 PM - 9:01 PM | **The President enters the Hall of the House announced by the House Sergeant at Arms and escorted to the dais** |

| | |
|---|---|
| **February 28, 2017 Continued** | |
| Tuesday | |

| | |
|---|---|
| 9:10 PM - 10:10 PM | **Joint Session of Congress -- Capitol, House Floor**<br>Location: Capitol, House Floor |
| 10:00 PM - 10:00 PM | **Potential Press Availability-Cabinet Affairs communications, Brad Rateike and Kaelan Dorr will escort some Cabinet Members to Statuary Hall for press availability -- Statuary Hall** |
| 10:30 PM - 10:30 PM | **Cabinet Members will depart via the Memorial Door and return to the White House West Exec** |
| 10:35 PM - 10:35 PM | **AG to Meet detail in East Plaza of the Capitol** |

| | |
|---|---|
| **March 1, 2017** | |
| Wednesday | |

| | |
|---|---|
| 8:20 AM - 8:45 AM | **Senior Meeting  -- AG's Office**<br>Location: AG's office<br>POC: Jody Hunt<br>Attendees: Jody Hunt, Dana Boente, Jim Crowell, Jesse Panuccio |
| 8:45 AM - 9:15 AM | **Leadership Meeting -- AG's Conference Room**<br>POC: Jody Hunt<br>Attendees:  Jody Hunt (OAG), Dana Boente (ODAG), Jim Crowell (ODAG), Jesse Panuccio (OASG), Sam Ramer (OLA), Peter Carr (OPA), Ryan Newman (OLP), Danielle Cutrona, Rachael Tucker, David Rybicki |
| 9:30 AM - 10:15 AM | **FBI Briefing  -- JCC**<br>Location:JCC<br>POC: Tashina Gauhar<br>Attendees:  OAG:  Jody Hunt and Rachael Tucker, ODAG:  Acting DAG Boente, James Crowell, Tashina Gauhar, NSD:  Mary McCord, George Toscas, Stu Evans, Michael Mullaney |
| 10:00 AM - 10:30 AM | **Task Force on Transnational Criminal Organization and Trafficking meeting Prep -- Situation Room in the Justice Command Center**<br>Location: Situation Room in the Justice Command Center<br>POC: Danielle Cutrona<br>Attendees: Jody Hunt, Danielle Cutrona, David Rybicki, Rachael Tucker; Bruce Ohr, Jim Crowell and Ken Blanco |
| 10:30 AM - 11:30 AM | **Task Force on Transnational Criminal Organization and Trafficking meeting -- Situation Room in the Justice Command Center Room 6100**<br>Location: Situation Room in the Justice Command Center<br>POC: Danielle Cutrona and Bruce Ohr<br>Attendees:<br>State: Acting Deputy Secretary Tom Shannon and Christine Ciccone<br>DHS:  Sec. Kelly (yes) with Kirstjen Nielsen and  Ms. Dimple Shah: Mr. David Glawe, Acting Under Secretary, Intelligence and Analysis, DHS<br>ODNI: National Intelligence Michael Dempsey; John Lombardi;  Todd Porter; Lisa Wardach and Danielle Smallcomb<br>OAG/ODAG Attendees: Jody Hunt, Danielle Cutrona, David Rybicki, Rachael Tucker; Bruce Ohr, Tasha Gauhar Jim Crowell and Ken Blanco |
| 12:00 PM - 1:00 PM | **LUNCH/Desk Time -- AG's Office** |

## March 1, 2017 Continued
### Wednesday

**1:00 PM - 1:30 PM**  Interview: (b) (6)  -- AG's Office
(b) (6)
Location: AG's Office
Attendees: Rod Rosenstein; Rachel Brand; and Jody Hunt

**1:30 PM - 2:00 PM**  Interview: (b) (6)  -- AG's Office
(b) (6)
Location: AG's Office
POC: Jody Hunt
Attendees:
Jody Hunt
Racheal Brand (need to have information submitted as a visitor)
Rod Rosenstein
(b) (6)

**2:00 PM - 2:30 PM**  Interview: (b) (6)  -- AG's Office
(b) (6)
Location: AG's Office
POC: Jody Hunt
Attendees:
Jody Hunt; Racheal Brand; Rod Rosenstein; (b) (6)

**2:30 PM - 3:30 PM**  **Interview Discussion -- AG's Office**
Location: AG's Office
POC: Jody Hunt
Attendees
Jody Hunt
Rachel Brand
Rod Rosenstein

**3:30 PM - 4:30 PM**  **Meeting with the AAG Ken Blanco and CRM leadership  -- AG's Conference Room**
Location: AG's Conference Room
POC: David Rybicki
Attendees: David Rybicki, Ken Blanco, James Mann, Trevor McFadden, Richard Downing, Denise Cheung, Bruce Swartz (b) (6) , Kendall Day
Iris Lan
NOTES:
This would be to introduce the AG to the division, learn about its components, and high-profile matters currently pending

| | |
|---|---|
| **March 1, 2017 Continued** | |
| Wednesday | |

| | |
|---|---|
| 4:30 PM - 4:45 PM | **Capital Case Review -- AG's Office**<br>Location: AG's Office<br>POC: David Rybicki<br>Attendee: David Rybicki |
| 5:30 PM - 6:00 PM | **FISA SIGNATURE TIME -- AG's Conference Room**<br>Location:  OAG conference room<br>Attendees:  OAG: Jody & Rachel; ODAG: James Crowell & Tashina Gauhar; NSD: Stuart Evans, (b) (6)            , (b) (6)       , (b) (6), (b) (6)   , Dana Boente |

| | |
|---|---|
| **March 2, 2017** | |
| Thursday | |

| | |
|---|---|
| 7:00 AM - 7:00 AM | **En Route to AG's Office** |
| 8:20 AM - 8:45 AM | **Senior Meeting  -- AG's Office**<br>Location: AG's office<br>POC: Jody Hunt<br>Attendees: Jody Hunt, Dana Boente, Jim Crowell, Jesse Panuccio |
| 9:15 AM - 9:30 AM | **Trips and Meeting request discussion with Rachael Tucker -- AG's office**<br>Location: AG's Office<br>POC: Rachael<br>Attendee: Rachael Tucker |
| 10:30 AM - 11:00 AM | **National Fraternal Order of Police meeting  -- AG's Office**<br>Location: AG's Office<br>POC: Danielle<br>Attendees: Danielle Cutrona; Chuck Canterbury, National President, FOP<br>Jim Pasco, Senior Advisor, FOP<br><br>Notes:<br>The issues to be address are: asset forfeiture reform, sentencing reform, drug legalization and general anti-crime and criminals issues. |
| 11:00 AM - 11:30 AM | **FISA SIGNATURE TIME -- AG's Conference Room**<br>Location:  OAG conference room<br>Attendees:  OAG: Jody & Rachel; ODAG: James Crowell & Tashina Gauhar; NSD: Stuart Evans, (b) (6)    (b) (6), (b) (6)     , (b) (6)     , Dana Boente |
| 11:30 AM - 12:30 PM | **Lunch/Desk time -- AG's Office**<br>Location: AG's Office |
| 1:00 PM - 1:15 PM | **Meet/Greet: DOJ Inspector General Michael Horowitz -- AG's Office**<br>Location: AG's Office<br>POC: Jody Hunt |

## March 2, 2017 Continued
Thursday

| | |
|---|---|
| | Attendees: Jody Hunt and Michael Horowitz |
| 1:30 PM - 2:30 PM | **FISA SIGNATURE TIME -- AG's Conference Room**<br>Attendees:  OAG: Jody & Rachel; ODAG: James Crowell & Tashina Gauhar; NSD: Stuart Evans, (b) (6) , (b) (6) , (b) (6) , Dana Boente |
| 3:00 PM - 4:00 PM | **Interview Prep -- AG's Office**<br>Location: AG's Office<br>Attendees: Jody Hunt, Sarah Flores, Peter Carr, Scott Schools, David Rybicki and Rachael Tucker |
| 4:15 PM - 5:15 PM | **Gorsuch nomination discussion -- AG's Office**<br>Location: AG's Office<br>POC: Jody Hunt<br>Attendees: Jody Hunt; Jesse Panuccio, Rachel Parker; Ryan Newman Sam Ramer, Gary Barnett and Danielle Cutrona |
| 5:15 PM - 6:15 PM | **Discussion on recusal issues -- AG's Conference Room**<br>Location: AG's Conference Room<br>POC: Jody Hunt<br>Attendees: Jody Hunt, Dana Boente, Jim Crowell, Tash Gauhar, Scott Schools |
| 8:15 PM - 8:15 PM | **En Route to Tucker Carlson Show** |
| 8:30 PM - 9:30 PM | **PRESS: Tucker Carlson Show -- 400 N Capitol Street;**<br>AG POC: Sarah Flores<br>Tucker Carlson POC: Charlie Couger (b) (6) |
| 9:30 PM - 9:30 PM | **En Route to the AG's home** (b) (6) |

## March 3, 2017
Friday

| | |
|---|---|
| 7:30 AM - 7:30 AM | **En Route to AG's Office** |
| 8:20 AM - 8:45 AM | **Senior Meeting  -- AG's Office**<br>Location: AG's office<br>POC: Jody Hunt<br>Attendees: Jody Hunt, Dana Boente, Jim Crowell, Jesse Panuccio |
| 8:45 AM - 9:15 AM | **Leadership Meeting -- AG's Conference Room**<br>POC: Jody Hunt<br>Attendees:  Jody Hunt (OAG), Dana Boente (ODAG), Jim Crowell (ODAG), Jesse Panuccio (OASG), Sam Ramer (OLA), Peter Carr (OPA), Ryan Newman (OLP), Danielle Cutrona, Rachael Tucker, David Rybicki |

## March 3, 2017 Continued
### Friday

| Time | Event |
|---|---|
| 9:30 AM - 10:15 AM | **FBI Briefing -- JCC**<br>Location: JCC<br>POC: Tashina Gauhar<br>Attendees: OAG: Jody Hunt and Rachael Tucker, ODAG: Acting DAG Boente, James Crowell, Tashina Gauhar, NSD: Mary McCord, George Toscas, Stu Evans, Michael Mullaney |
| 10:00 AM - 10:30 AM | **Prep for NAACP meeting -- AG's office**<br>Attendee: Rachael Tucker and John Gore |
| 10:30 AM - 11:00 AM | **Meeting with Cornell William Brook, NAACP -- AG's Office**<br>[redacted]<br>Location: AG's Office<br>AG POC: Rachael Tucker<br>POC: (b) (6)    Phone: (b) (6)<br>Attendees: Rachael Tucker, John Gore<br>Cornell William Brooks, President/CEO of the NAACP; Bradford Berry, General Counsel of the NAACP  Cell: (b) (6) |
| 11:00 AM - 11:30 AM | **FISA SIGNATURE TIME -- AG's Conference Room**<br>Location: OAG conference room<br>Attendees: OAG: Jody & Rachel; ODAG: James Crowell & Tashina Gauhar; NSD: Stuart Evans, (b) (6), (b) (6), (b) (6), Dana Boente |
| 11:30 AM - 11:45 AM | **Phone Call: Kevin Sabet, President of Smart Approaches to Marijuana -- AG's Office**<br>Location: AG's Office<br>POC: Danielle Cutrona<br>Participants: AG, Danielle Cutrona and Kevin Sabet<br>Call in number: (b) (6) |
| 12:00 PM - 12:20 PM | **LUNCH/Desk Time -- AG's Office**<br>Location: AG's Office |
| 12:20 PM - 12:20 PM | **En Route to White House** |
| 12:30 PM - 2:45 PM | **Meeting at White House -- WHCO**<br>Attendees: AG and Jody Hunt |
| 2:45 PM - 2:45 PM | **En Route to AG's Office** |
| 3:30 PM - 4:30 PM | **Personnel Discussion -- AG''s Office**<br>Location: AG's Office<br>Attendees: Jody Hunt, Rod Rosenstein and Rachel Brand |

| March 3, 2017 Continued |
| Friday |

| 4:30 PM - 5:00 PM | **Discussion -- AG's Office** |
| | Attendees: Jody Hunt, Scott Schools and James Crowell |