

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

January 18, 2018

**BY HAND AND ECF**
The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        Re:    *Doyle et al. v. U.S. Department of Homeland Security et al.*,
              No. 17 Civ. 2542 (KPF)

Dear Judge Failla:

    We write respectfully on behalf of defendants (the "Government") in the above-referenced action to provide the Court with a binder containing courtesy copies of the motion papers filed in connection with the Government's consolidated motion for summary judgment on Plaintiffs' Freedom of Information Act claims and dismissal of Plaintiffs' remaining claims. The parties agree that motion is now fully submitted.

    We thank the Court for its consideration of this request.

                          Respectfully submitted,

| | |
|---|---|
| CHAD A. READLER | GEOFFREY S. BERMAN |
| Acting Assistant Attorney General | United States Attorney for the<br>Southern District of New York |
| By:  */s/ Elizabeth J. Shapiro* | By:  */s/ Sarah S. Normand* |
| ELIZABETH J. SHAPIRO | SARAH S. NORMAND |
| 20 Massachusetts Ave., N.W. | CASEY KYUNG-SE LEE |
| Washington, D.C. 20530 | 86 Chambers Street |
| Telephone: (202) 514-5302 | New York, NY 10007 |
| Facsimile: (202) 616-8470 | Telephone: (212) 637-2709/2714 |
| Elizabeth.Shapiro@usdoj.gov | Facsimile: (212) 637-2730/2686 |
| | Sarah.Normand@usdoj.gov |
| | Casey.Lee@usdoj.gov |

cc:    Counsel of Record
Encl. (letter only by ECF)