UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------

Doyle et al.

                Plaintiff,

    -against-

U.S. Department of Homeland
Security et al.          Defendant.
----------------------------------------------------------

Case No. 17-cv-2542

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Alex Abdo**

FILL IN ATTORNEY NAME

My SDNY Bar Number is: AA0527    My State Bar Number is 4751491

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Knight First Amendment Institute at Columbia Univ.
                FIRM ADDRESS: 535 W. 116th Street, New York, NY 10027
                FIRM TELEPHONE NUMBER: 212-854-9600
                FIRM FAX NUMBER:

NEW FIRM:    FIRM NAME: Knight First Amendment Institute at Columbia Univ.
                FIRM ADDRESS: 475 Riverside Drive, Suite 302, New York, NY 10115
                FIRM TELEPHONE NUMBER: 646-745-8500
                FIRM FAX NUMBER:

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
was entered on _____ by Judge_____.

Dated: 1/30/2018

                                _____
                                  ATTORNEY'S SIGNATURE