

September 21, 2018

<u>**VIA ECF**</u>

The Honorable Katherine Polk Failla
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    *Doyle et al. v. U.S. Department of Homeland*
               *Security, et al.*, No. 17-2542 (KPF)

Dear Judge Failla:

      Pursuant to the Court's Order of July 26, 2018, in the above-referenced action, the plaintiffs and defendants write to advise the Court that defendants have now produced to plaintiffs redacted versions of the operational records referencing the Japanese Prime Minister's visit to Mar-a-Lago in February 2017, and have directed plaintiffs to where responsive WAVES and ACR records reflecting visits to agency components of the EOP are publicly available. In light of these disclosures, the parties submit that no further issues remain for this Court's resolution and accordingly respectfully request that the Court enter a final judgment in this matter.

                                Very truly yours,

  /s/ *Anne L. Weismann*                     JODY H. HUNT
Anne L. Weismann                       Assistant Attorney General
Conor Shaw
455 Massachusetts Avenue, N.W.
Washington, D.C. 20001                By: /s/_____
(202) 408-5565                      ELIZABETH J. SHAPIRO
aweismann@citizensforethics.org        950 Pennsylvania Ave., N.W.
                                Washington, D.C. 20530
Alex Abdo                           Telephone: (202) 514-5302
Jameel Jaffer                       Facsimile: (202) 616-8470
Knight First Amendment Institute at      Elizabeth.Shapiro@usdoj.gov
Columbia University
475 Riverside Drive, Suite 30
New York, NY 10115                GEOFFREY S. BERMAN
(646) 745-8500                    United States Attorney for the
alex.abdo@knightcolumbia.org         Southern District of New York

                                By: /s/_____
                               SARAH S. NORMAND
                               CASEY KYUNG-SE LEE

2

85 Chambers Street, Third Floor
New York, New York 10007
Telephone: (2112) 637-2709
Facsimile: (212) 637-2730
Sarah.Normand@usdoj.gov
Casey.Lee@usdoj.gov