```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
KATE DOYLE, NATIONAL SECURITY                         :
ARCHIVE, CITIZENS FOR                                 :
RESPONSIBILITY AND ETHICS IN                          :
WASHINGTON, and KNIGHT FIRST                          :
AMENDMENT INSTITUTE AT COLUMBIA                       :
UNIVERSITY,                                           :
                                                      :
                              Plaintiffs,             :    17 Civ. 2542 (KPF)
                                                      :
                       v.                             :    CIVIL JUDGMENT
                                                      :
U.S. DEPARTMENT OF HOMELAND                           :
SECURITY and EXECUTIVE OFFICE OF                      :
THE PRESIDENT,                                        ;
                                                      :
                              Defendants.             :
                                                      :
------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 21, 2018
```

KATHERINE POLK FAILLA, District Judge:

Plaintiffs initiated this action against Defendants after Plaintiffs Doyle unsuccessfully attempted to obtain, under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, records related to visitors of President Trump at the White House Complex, as well as at his properties at Trump Tower, in New York, and Mar-a-Lago, in Florida. On October 23, 2017, Defendants moved for summary judgment on Plaintiffs' FOIA claims and to dismiss the remaining claims for failure to state a claim and lack of subject matter jurisdiction. (*See* Dkt. #45-51).

On July 26, 2018, the Court issued an Opinion granting in part and denying in part Defendants' motion for summary judgment, and granting Defendants' motion to dismiss. (*See* Dkt. #61). The Court directed

Defendants, within 60 days of the Opinion and Order, to disclose any material responsive to Plaintiffs' FOIA requests, and to provide a joint status update to the Court as to how they wish to proceed.

On September 21, 2018, the parties submitted a joint status update. (*See* Dkt. #62). The parties stated that the Defendants had disclosed the responsive material, and that no further issues remain for this Court's resolution. Accordingly, the parties requested that this Court enter a final judgment in this matter.

The Court hereby enters judgment. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:   September 21, 2018
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge