UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

KATE DOYLE, NATIONAL SECURITY )
ARCHIVE, CITIZENS FOR )
RESPONSIBILITY AND ETHICS IN )
WASHINGTON, AND KNIGHT FIRST )
AMENDMENT INSTITUTE AT )
COLUMBIA UNIVERSITY, )
                                     )
      Plaintiffs, )
                                     )
      v. )           Civil No. 17-2542 (KPF)
                                     )
U.S. DEPARTMENT OF HOMELAND )
SECURITY AND EXECUTIVE OFFICE )
OF THE PRESIDENT, )
                                     )
      Defendants. )
_____)

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that all plaintiffs in this case appeal to the United States Court of Appeals for the Second Circuit from this Court's Order of September 21, 2018 (ECF No. 63), which entered judgment in this matter, and its Opinion of July 26, 2018 (ECF No. 61), granting in part and denying in part defendants' motion for summary judgment and granting defendants' motion to dismiss.

Dated: September 24, 2018                   Respectfully submitted,

                                                            */s/ Anne L. Weismann*
                                                           Anne L. Weismann
                                                           Conor Shaw
                                                           Citizens for Responsibility and
                                                           Ethics in Washington
                                                           455 Massachusetts Avenue, N.W.
                                                           Washington, D.C. 20001
                                                           (202) 408-5565
                                                           aweismann@citizensforethics.org

>Alex Abdo
>Jameel Jaffer
>Knight First Amendment Institute at
>Columbia University
>475 Riverside Drive, Suite 30
>New York, New York 10115
>(646) 745-8500
>Alex.abdo@knightcolumbia.org
>
>*Counsel for Plaintiffs*