U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 14, 2020

<u>BY ECF</u>

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *Doyle v. U.S. Dep't of Homeland Security*, 17 Civ. 2542 (KPF)

Dear Judge Failla:

    I write to inform the Court that I will be leaving the United States Attorney's Office. Accordingly, I respectfully request the entry of an order terminating my appearance in this matter. My colleague, Assistant United States Attorney Sarah S. Normand, who previously entered her appearance as counsel of record, will continue to handle this case.

    I thank the Court for its consideration of this request.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By:    */s/ Casey K. Lee*
    CASEY K. LEE
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    Tel.: (212) 637-2714
    Fax: (212) 637-2686
    casey.lee@usdoj.gov

cc: Counsel of record (by ECF)