U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

February 14, 2020

BY ECF

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

MEMO ENDORSED

Re: *Doyle v. U.S. Dep't of Homeland Security*, 17 Civ. 2542 (KPF)

Dear Judge Failla:

I write to inform the Court that I will be leaving the United States Attorney's Office. Accordingly, I respectfully request the entry of an order terminating my appearance in this matter. My colleague, Assistant United States Attorney Sarah S. Normand, who previously entered her appearance as counsel of record, will continue to handle this case.

I thank the Court for its consideration of this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:   */s/ Casey K. Lee*
CASEY K. LEE
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2714
Fax: (212) 637-2686
casey.lee@usdoj.gov

cc: Counsel of record (by ECF)

```
Application GRANTED.  The Clerk of Court is respectfully ORDERED
to terminate Casey K. Lee as counsel of record in this case.
```

SO ORDERED.

```
Dated: February 18, 2020
       New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE