**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of May, two thousand twenty.

Before:      Guido Calabresi,
             Raymond J. Lohier, Jr.,
             Michael H. Park,
                      *Circuit Judges.*
_____

Kate Doyle, National Security Archive, Citizens for Responsibility and Ethics in Washington, Knight First Amendment Institute at Columbia University,

                 Plaintiffs - Appellants,

v.

United States Department of Homeland Security,

                 Defendant - Appellee.
_____

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: Jul 09 2020

**JUDGMENT**

Docket No. 18-2814

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED and the plaintiffs' request to amend their complaint is DENIED.

For the Court**:**
Catherine O'Hagan Wolfe,
 Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 07/09/2020**